# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | |
|---|---|
| RANDALL DAVID DUE #941694800028 ) | Case Number: 22-999-JPG |
| See EXHIBIT "D" ) | *(Clerk's Office will provide)* |
| ) | |
| ) | |
| *Plaintiff(s)/Petitioner(s)* ) | [X] 28 USC § 1332 Diversity Claim |
| v. ) | |
| ) | [X] CIVIL RIGHTS COMPLAINT |
| U.S.A. a corp., et al its officers ) | pursuant to 28 U.S.C. §1331 (Federal Prisoner) |
| and employees: ) | [X] Bevins claim |
| B. MOTON, JEFFERY CHEEKS and ) | [X] Compensation plus 9 times punitive |
| SANTIAGO ) | [X] Article III Jurisdiction |
| *Defendant(s)/Respondent(s)* ) | |

I.    JURISDICTION   Invoked under Federal Constitution Article III, § 2 to exercise the "judicial Power" over the "Case or Controversy" issues of 5th Amendment violation of Due process of law - specifically denial of access to court.

Plaintiff:

RANDALL DAVID DUE #941694800028

A.    Plaintiff's mailing address, register number, and present place of confinement.  **c/o Temporary location:**

> FCI-GREENVILLE
> P.O. Box 5000
> GREENVILLE, IL  62246

Defendant #1:

B.    Defendant **B. MOTON** _____ is employed as
          (a)        (Name of First Defendant)

**H-2B counselor at FCI-GREENVILLE BOP** _____
          (b)           (Position/Title)

with **BOP 40th $ 4th Street, GREENVILLE, IL 62246** _____
          (c)        (Employer's Name and Address)

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?   [X] Yes    ☐ No

If your answer is YES, briefly explain: **Employed as Counselor at FCI-GREENVILLE BOP for the federal government for the DOJ/BOP.**

Rev. 10/3/19

Defendant #2:

C.    Defendant ___JEFFERY CHEEKS_____is employed as

(Name of Second Defendant)

__ASSOCIATE WARDEN_____

(Position/Title)

with ___FCI-GREENVILLE BOP 40th & 4th Street, GREENVILLE, IL 62246__

(Employer's Name and Address)

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?    ☒ Yes    ☐ No

If you answer is YES, briefly explain:
Employed as ASSOCIATE WARDEN at FCI-GREENVILLE BOP for the federal government for the DOJ/BOP.

Additional Defendant(s) (if any):        SANTIAGO

D.    Using the outline set forth above, identify any additional Defendant(s).

ASSOCIATE WARDEN

with FCI-GREENVILLE BOP  40th & 4th Street, GREENVILLE, IL 62246

Employed as ASSOCIATE WARDEN at FCI-GREENVILLE BOP for the federal government for the DOJ/BOP.

Rev. 10/3/19

## II.   PREVIOUS LAWSUITS

A.   Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?   ☐Yes ☐No

B.   If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability**, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.   Parties to previous lawsuits:
Plaintiff(s):  **DUE**

Defendant(s):   **BOP      et al AHMED**

2.   Court (if federal court, name of the district; if state court, name of the county):   **UNITED STATES DISTRICT COURT for the Southern District of Illinois**

3.   Docket number:  **3:19-cv-01168-JPG   Docket # 1st case**
**3:22-cv-00640-JPG   Docket # 2nd case**

4.   Name of Judge to whom case was assigned:   **JPG**

5.   Type of case (for example: Was it a habeas corpus or civil rights action?):   **Civil Rights**

**2nd case is still pending**

6.   Disposition of case (for example: Was the case dismissed? Was it appealed?  Is it still pending?):  **Dismissed so that I could file a reconsideration with North Central Regional office so that I could get them to provide me with a denial of the tort claim that they failed to do so when I filed the 1st tort claim in this case.**

Rev. 10/3/19

7.   Approximate date of filing lawsuit: 1st suit - Oct 2019

8.   Approximate date of disposition:   NA

9.   Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"   NO

Notice: To the best of my knowledge and belief i do not have any suits that have been dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted or that received a "strike".

III.   **GRIEVANCE PROCEDURE**

A.   Is there a prisoner grievance procedure in the institution?  ☒ Yes   ☐ No

B.   Did you present the facts relating to your complaint in the prisoner grievance procedure?   ☒ Yes   ☐ No

C.   If your answer is YES,
1.   What steps did you take?
**Tort claim**

2.   What was the result?   **Denied**

D.   If your answer is NO, explain why not.
NA

E.   If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?   ☐ Yes   ☐ No
NA

F.   If your answer is YES,
1.   What steps did you take?
NA

Rev. 10/3/19

2.    What was the result?

NA

G.    If your answer is NO, explain why not.

NA

H.    Attach copies of your request for an administrative remedy and any response you received.  If you cannot do so, explain why not:

NA

## IV.    STATEMENT OF CLAIM

A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated.  Do not include legal arguments or citations.  If you wish to present legal arguments or citations, file a separate memorandum of law.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

B. MOTON denied me access to the court violationg my 5th Amendment Right of Due Process of Law. See Affidavit Criminal Complaint attached for details.

ASSOCIATE WARDEN CHEEKS and SANTIAGO refused to correct the violations after being notified as Superiors.

See annexed AFFIDAVIT CRIMINAL COMPLAINT  for details

Rev. 10/3/19

V.   REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

[X] Compensation award in the amount of $150,000.00

[X] Punitive Damages award in the amount of 9 times the compensation award.

[X] All monies to be paid to the Court Trustee, [paid by defendants], within thirty days of judgment, to be distributed as directed by Petitioner/Plaintiff.

[X] All fees, taxes, or any other costs associated with this suit and receipt of the above damages award to be paid by the Defendant(s).

[X] Parties are severally and jointly commercially liable for all damages.

VI.   JURY DEMAND (*check one box below*)

The plaintiff ☐ does ☒ does not request a trial by jury.

Invoke Article III Constitutional jurisdiction instead.


## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 5th May 2022 (date) (seal) By: _Due, Randall David_

Signature of Plaintiff
Authorized Representative/Agent

c/o Temporary location
P.O. Box 5000
_____
Street Address

Due, Randall David
Printed Name

GREENVILLE, IL 62246
_____
City, State, Zip

#96294020
Prisoner Register Number

All Rights Reserved/Without recourse

_____
Signature of Attorney (if any)

Rev. 10/3/19

EXHIBIT "D"

# Office of the Minnesota Secretary of State
## Certificate of Assumed Name
*Minnesota Statutes, Chapter 333*



The filing of an assumed name does not provide a user with exclusive rights to that name. The filing is required for consumer protection in order to enable customers to be able to identify the true owner of a business.

ASSUMED NAME:          **RANDALL DAVID DUE**

PRINCIPAL PLACE OF BUSINESS:  179 green Street East Pelham GA 31779 USA

NAMEHOLDER(S):

| Name: | Address: |
|---|---|
| **Randall David Due** | **179 Green Street East Pelham GA 31779 USA** |

If you submit an attachment, it will be incorporated into this document. If the attachment conflicts with the information specifically set forth in this document, this document supersedes the data referenced in the attachment.

*By typing my name, I, the undersigned, certify that I am signing this document as the person whose signature is required, or as agent of the person(s) whose signature would be required who has authorized me to sign this document on his/her behalf, or in both capacities. I further certify that I have completed all required fields, and that the information in this document is true and correct and in compliance with the applicable chapter of Minnesota Statutes. I understand that by signing this document I am subject to the penalties of perjury as set forth in Section 609.48 as if I had signed this document under oath.*

SIGNED BY:  **Due, Randall David**

MAILING ADDRESS:          None Provided

EMAIL FOR OFFICIAL NOTICES:      **duze24@bellsouth.net**

<u>EXHIBIT "D"</u>



## Work Item 941694800028
## Original File Number 941694800028

### STATE OF MINNESOTA
### OFFICE OF THE SECRETARY OF STATE
### FILED
### 03/21/2017 11:59 PM

Steve Simon
Secretary of State




R. DUE #96294020
federal correctional institute
P.O. Box 5000
GREENVILLE, IL 62246

7020 1290 0000 3457 0419





U.S. POSTAGE PAID
FCM LG ENV
GREENVILLE, IL
62246
MAY 10 22
AMOUNT
$0.00
R2305K134459-07

62201

1000

UNITED STATES POSTAL SERVICE®

MAIL CLEARED
US MARSHALS

FEDERAL BUREAU OF PRISONS
POST OFFICE BOX 4000
GREENVILLE, IL 62246

5/10

The enclosed letter was processed on _____ through
special mailing procedures.  The letter has neither been
opened or inspected.  If the writer raises a question or
problem over which this facility has jurisdiction, you
may wish to return the material for further information
or clarification.  If the writer encloses correspondence
for forwarding to another address, please return the
enclosure to the above address.

LEGAL MAIL

Clerk of Court
750 Missouri Avenue
East St. Louis, IL  62201

LEGAL MAIL



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

RECEIVED

MAY 12 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST